IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISNA CLARK, ADC # 136132                                                              PLAINTIFF

v.                                           1:15CV00096-JLH-JJV

HAYDON, Head Nurse,
North Central Unit, ADC; *et al.*                                                       DEFENDANTS

## ORDER

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes that service is appropriate for Defendants Haydon and Hall. Plaintiff has not provided first names for either of these Defendants. Nevertheless, service will be attempted based on their last names and job titles.[2] Defendant Haydon is the head nurse at the North Central Unit and Defendant Hall is a nurse at the same unit.

The Court also finds service appropriate for Defendant Doe, but cannot serve her unless Plaintiff provides additional identifying information. The Complaint identifies her as "Ms. Tiffany", but it is unclear if this is her first or last name. Plaintiff should respond to this Order within thirty (30) days and provide a full name for this Defendant. If he is unable to provide a full name, he should at least provide or confirm her last name.

IT IS, THEREFORE, ORDERED that:

1.       The Clerk of Court shall prepare Summons for Defendants Haydon and Hall, and the United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this

---

[1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

[2]If these summons are rejected for lack of identifying information, the burden shall fall to Plaintiff to provide full names for these Defendants.

Order on them without prepayment fees or costs or security therefore. Service for both of these Defendants should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

     2.    Within thirty (30) days of this Order's entry, Plaintiff should provide the identifying information for Defendant Doe which this Order specifies. If he fails to provide this information, this Defendant may be dismissed without prejudice.

     DATED this 14th day of September, 2015.

                                                             _____
                                                             JOE J. VOLPE
                                                             UNITED STATES MAGISTRATE JUDGE