IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISNA CLARK, ADC # 136132                                                                PLAINTIFF

v.                              1:15CV00096-JLH-JJV

HAYDON, Head Nurse,
North Central Unit, ADC; *et al.*                                                         DEFENDANTS

## ORDER

On September 14, 2015, the Court issued summons for Defendants Haydon and Hall. (Doc. No. 4.) It also directed Plaintiff to provide a name for Defendant "Doe." (*Id.*) Now, she has filed an affidavit wherein she states that the last name of this Defendant is "Tiffany." (Doc. No. 6.) The Court will attempt service for her based on this information.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court shall alter the docket to reflect that Defendant "Doe" is appropriately Defendant "Tiffany."

2. The Clerk of Court shall prepare Summons for Defendant Tiffany and the United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on her without prepayment fees or costs or security therefore. Service for this Defendant should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 29th day of September, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE