IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISNA CLARK, ADC # 136132                                                                PLAINTIFF

v.                                      1:15CV00096-JLH-JJV

HAYDON, Head Nurse,
North Central Unit, ADC; *et al.*                                                      DEFENDANTS

## ORDER

On September 14, 2015, the Court ordered service for Defendant Haydon. (Doc. No. 4.) On October 13, 2015, that Summons was returned unexecuted, along with a last known address under seal. (Doc. No. 9.) The Court will re-attempt service at this sealed address.

IT IS, THEREFORE, ORDERED that The Clerk of the Court shall prepare Summons for Defendant Haydon and the United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 8), this Order, and Summons on Defendant Haydon at the address provided under seal, without prepayment of fees and costs or security therefore.

DATED this 15th day of October, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE